UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USA

                        25 Cr. 00531-01 (NSR)

          - against -

LUIS JUVENTINO TORRES ROJAS,           ORDER ACCEPTING
                                     PLEA ALLOCUTION

                Defendant.

-------------------------------------------------------X

NELSON S. ROMÁN, U.S.D.J.:

      The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record.   The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated November 13, 2025, is approved and accepted.

                                             SO ORDERED.

Dated: White Plains, NY
        January 23, 2026

                                        Nelson S. Román
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/23/2026_____